IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QUINTEZ TALLEY, and PENNSYLVANIANS WITH MENTAL ILLNESS,<br><br>Plaintiffs,<br><br>vs.<br><br>COMMONWEALTH OF PENNSYLVANIA, *et al.*,<br><br>Defendants. | Civil Action No. 2:21-1208<br><br>United States District Judge<br>Cathy Bissoon<br><br>United States Magistrate Judge<br>Maureen P. Kelly |

## **MEMORANDUM ORDER**

AND NOW, this 29th day of November, upon consideration of Plaintiff Quintez Talley's Motion to Reopen the Time to File an Appeal (Doc. 26), the Court finds that the requirements of Federal Rule of Appellate Procedure 4(a)(6) are met.  First, Plaintiff did not receive notice of the final judgment sought to be appealed within 21 days after its August 5, 2022 entry.  Second, Plaintiff filed the instant motion within both 180 days of entry of final judgment and 14 days of receiving notice of that judgment.  Third, because the Complaint was dismissed pre-service, no party would be prejudiced by this ruling.  Accordingly, the Motion to Reopen (Doc. 26) is GRANTED, and the time to file an appeal is reopened for a period of **fourteen (14) days** from the date of entry of this Order.

IT IS SO ORDERED.

Date: November 29, 2022

s\Cathy Bissoon
Cathy Bissoon
United States District Judge

cc (via ECF email notification):
All Counsel of Record


cc (via U.S. Mail):

QUINTEZ TALLEY
KT 5091
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450
PRO SE